### THE STATE v. WILLIAM JOSLIN.

The power given to the justices by the act for the maintenance of bastard children, *Rev. Laws* 171, is judicial, and must be exercised jointly.

This was a certiorari directed to Edmund Sheppard and Eb-

State *v.* Barnes.

·enezer Westcott, esquires, to remove into this court, an order of filiation and maintenance. It appeared from the return of the justices to a rule of this court, that the order was drawn up by Edmund Sheppard, at his own house, in the presence of one of the overseers of the poor, but not in the presence of Ebenezer Westcott, and that the justices were not together when the order was signed.

*H. W. Green* moved to quash the order, because the justices were not together when it was signed. He insisted that the power given to the justices by the act for the maintenance of bastard children, is judicial and must be exercised jointly, and cited *Rev. Laws*, 171, *sec.* 1. The justices must unite in deliberation, and unite in action. This has been long settled in the English courts, and repeatedly recognized in this court. 2 *Black. Rep.* 1017; *Cox.* 147; 5 *Halst.* 161.

BY THE COURT. The law is well settled, as stated. Let the order be quashed.